# Exhibit 1

| | |
|---|---|
| Dr. Gail L. Rearden/POA<br>on behalf of her mother Ruthie<br>M. Rearden, et al.<br><br>PLAINTIFFS,<br><br>v.<br><br>Sinai Hospital of Baltimore, Inc.,<br>et al.<br><br>DEFANDANTS | IN THE<br><br>CIRCUIT COURT<br><br>FOR<br><br>BALTIMORE CITY<br><br>CASE NO. 24-C-05-005884 |

*******************************************************************

## NOTICE OF STATUTORY LIEN

Pursuant to Rule 2-652(b) and the Md. Business Occupations and Professions Code Ann. Section 10-501, the Law Offices of Donald R. Huskey LLC and the Law Offices of Governor E. Jackson, III, LLC assert an attorney's lien pursuant to the contingent agreement entered into with the Plaintiffs Gail L. Rearden, M.D., POA for Ruthie M. Rearden, and Norris O. Rearden. All parties should take note that no payments to Plaintiffs shall be made until adjudication of the attorney's lien by the Circuit Court for Baltimore City.

*[signature]*
Donald R. Huskey
Law Offices of Donald R. Huskey LLC
1023 N. Calvert Street, 3rd Floor
Baltimore, MD 21202
(410) 347-7979

*[signature]*
Governor E. Jackson, III
Law Offices of Governor E. Jackson, III LLC
1023 N. Calvert Street, 4th Floor
Baltimore, MD 21202
(410) 528-5150

1972

E1332

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 12th day of September 2006, a copy of this Notice was sent certified mail postage prepaid with return receipt to:

Gail L. Rearden, M.D.
625 McCullough Street
Baltimore, MD 21201

Norris O. Rearden
100 Rearden Lane
Walterboro, SC 29488

Dwayne A. Brown, Esq.
Law Offices of Dwayne A. Brown
10 N. Calvert Street
Ste. 930
Baltimore, MD 21202

James R. Chason, Esq.
Whiteford, Taylor & Preston
210 W. Pennsylvania Avenue
Towson, MD 21204

Michael J. Baxter, Esq.
Baxter, Baker, Sidle, Conn & Jones P.A.
120 E. Baltimore Street
Ste. 2100
Baltimore, MD 21202

And hand delivered to:

Clerk's Office
Civil Division
Circuit Court for Baltimore City
Baltimore, MD 21202

Chamber
Honorable Evelyn Omega Cannon
Courthouse East
111 N. Calvert Street
Baltimore, MD 21202

Governor E. Jackson, III

1973

E1333