# Exhibit 5

| | | |
|---|---|---|
| DR. GAIL REARDEN/POA on behalf of her mother, RUTHIE M. REARDEN and NORRIS O. REARDEN | * * * | IN THE CIRCUIT COURT FOR |
| Plaintiffs | * | BALTIMORE CITY |
| vs. | * | CASE NO. 24-C-05-005884 |
| SINAI HOSPITAL OF BALTIMORE, INC., et al | * * | |
| Defendants | | |
| ********* | * | ********* |

## ORDER

Upon consideration of Defendants' Joint Motion to Enforce Settlement Agreement, and any opposition thereto, it is this ___25th___ day of ___Sept.___, 2006, hereby

ORDERED that the Motion is GRANTED; and it is furthermore

ORDERED that this action is DISMISSED WITH PREJUDICE as to all Defendants; and it is furthermore

ORDERED that Defendants shall pay the Plaintiffs the sum of two million dollars ($2,000,000.00) upon Plaintiffs furnishing the customary full and final Release.

Defendants to pay costs.

_____
JUDGE, BALTIMORE CITY CIRCUIT COURT

12.0002

19/1/1

E1331