# Exhibit 7

| | |
|---|---|
| DR. GAIL REARDEN/POA<br>on behalf of her mother, RUTHIE M. REARDEN<br>and<br>NORRIS O. REARDEN<br><br>    Plaintiffs<br><br>v.<br><br>SINAI HOSPITAL OF BALTIMORE, INC, et al.<br><br>    Defendants | * IN THE<br>* CIRCUIT COURT<br>* FOR<br>* BALTIMORE CITY<br>* CASE NO. 24-C-05-005884<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It is this 3rd day of October, 2006 Ordered that Motion to Enforce Statutory Lien is GRANTED and it is further ordered that Governor Jackson, Donald Husky, and David Ralph shall deliver the file of the Plaintiff's case to Plaintiff's current counsel when the time for appeal has expired without an appeal being filed or the case has been finally decided on appeal.

_____
JUDGE, BALTIMORE CITY CIRCUIT COURT

E1360

2000