# Exhibit 9

LAW OFFICES
OF
## DAVID E. RALPH
A LIMITED LIABILITY COMPANY

VILLAGE OF CROSS KEYS
THE QUADRANGLE BUILDING
2 HAMILL ROAD, SUITE 314 EAST
BALTIMORE, MD 21210

DAVID E. RALPH
DIRECT DIAL: (410) 433-5900
FAX NUMBER: (410) 433-8967

Admitted In:
Maryland
District of Columbia

October 6, 2006

**VIA FACSIMILE**
Siobhan Keenan, Esquire
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street,
Suite 2100
Baltimore, Maryland 21201

> Re: *Rearden, et al. v. Sinai Hospital, et al.*
> Case No.: 24-C-05-005884 OT

Dear Ms. Keenan:

This is in response to your message today regarding Plaintiffs' former counsel's fee as awarded by the Court in the above-captioned matter. Below are the signatures of Messrs. Huskey, Jackson and I, evidencing that you may send the check made payable to the Law Offices of Donald R. Huskey, LLC, located at 1023 North Calvert Street, 3rd Floor, Baltimore, Maryland 21202.

As always, should you have any questions, please do not hesitate to contact me. Thank you kindly.

Very truly yours,

David E. Ralph, and Witnessed By:

Donald R. Huskey

Governor E. Jackson

cc: Donald Huskey, Esquire
Governor Jackson, Esquire