# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Sinai Hospital of Baltimore, Inc., et al. | * | |
| *Plaintiffs* | * | |
| | * | Case No. 1:09-cv-01260 |
| v. | * | |
| Rearden, et al. | * | |
| *Defendants* | * | |

*************************************************************************

## **DEFENDANT GOVERNOR E. JACKSON, III'S NOTICE OF APPEARANCE**

Pursuant to Local Rule 101(1)(a), Governor E. Jackson, III hereby files this Notice of Appearance as a *pro se* litigant in the above-captioned case.

                                               /s/
                                    Governor E. Jackson, III (Bar No. 27673)
                                    Law Office of Governor E. Jackson III LLC
                                    1023 North Calvert Street, 4th Floor
                                    Baltimore, Maryland 21202
                                    (410) 528-5150 (o)
                                    (410) 528-1055 (f)

**CERTIFICATE OF ELECTRONIC FILING**

I HEREBY CERTIFY that on this 6th day of July 2009, a copy of the foregoing Defendant Governor E. Jackson, III's Notice of Appearance was electronically filed and sent via electronic mail to: Gail L. Rearden, M.D., Roper St. Francis Medical Care, 2075 Eagle Landing Blvd., North Charleston, South Carolina, 29406, Norris O. Rearden, 100 Rearden Lane, Walterboro, South Carolina, Medicare, Office of the Administrator, Centers for Medicare & Medicaid Services, 7500 Security Boulevard, Baltimore, Maryland 21244, Donald R. Huskey, Esq., Law Office of Donald R. Huskey, LLC, 1023 N. Calvert Street, 3rd Floor, Baltimore, Maryland 21202, David Ralph, Esq., Law Offices of David E. Ralph, LLC, 2 Hamill Road, Suite 314 East, Baltimore, Maryland 21210, Patrick M. Regan, Esquire, Paul J. Cornoni, Esquire, Regan, Zambri & Long, 1919 M Street, NW, Suite 350, Washington, D.C. 20036, and Michael J. Baxter, Esq., Baxter, Baker, Sidle, Conn & Jones, P.A., 120 E. Baltimore Street, Baltimore, Maryland 21202.

/s/
Governor E. Jackson, III (Bar No. 27673)