Baxter, Baker, Sidle, Conn & Jones, P.A.
Attorneys at Law
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202-1643

Siobhan R. Keenan
Direct Line (410) 230-3807
e-mail: skeenan@bbsclaw.com

Telephone (410) 230-3800
Facsimile (410) 230-3801

August 12, 2009

**ELECTRONICALLY FILED**

The Honorable Beth P. Gesner
United States Magistrate Judge
U.S. District Court
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    **Sinai Hospital, Inc., et al. v. Gail Rearden, et al.**
             **Civil No. JFM-09-1260**
             **Our File: 08439-085**

Dear Magistrate Judge Gesner:

      The above referenced matter is currently scheduled for a settlement conference before you on September 30, 2009 at 10:00 a.m. On August 11, 2009, counsel for Sinai Hospital of Baltimore, Inc. ("Sinai Hospital") submitted a request that the corporate representative of Sinai Hospital be excused from personally appearing at the settlement conference. I write to advise you that David Ralph, Esquire, one of the Defendants who represented the Rearden family in the underlying litigation, advised me this morning, upon his return from abroad, that he consents to excusing the Sinai Hospital corporate representative from personally appearing at the settlement conference.

      Very truly yours,

      */s/ Siobhan R. Keenan*
      Siobhan R. Keenan

cc:    Mairi Pat Maguire, Esquire
        Patrick M. Regan, Esquire
        Donald R. Huskey, Esquire
        Governor E. Jackson, III, Esquire
        David E. Ralph, Esquire
        Michael Friedman, Esquire