

**THE LAW OFFICE OF**
**GOVERNOR JACKSON, III**
LLC

1023 North Calvert Street 4th Floor • Baltimore, Maryland 21202
tel: 410.528.5150    fax: 410.528.1055
gjattorney@gmail.com

September 25, 2009

**VIA ELECTRONIC FILING**
Hon. Beth Gesner
United States District Court of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

> **Re:** *Sinai Hospital of Baltimore, Inc. et al v. Gail L. Rearden*
> **Civil No. JFM-09-1260**

Dear Judge Gesner,

On September 25, 2009, *Pro Bono* counsel for Dr. Gail Rearden and Norris Rearden filed Document 40 in the above-captioned case requesting that the Court continue the mediation presently set for September 30, 2009 at 9:30 a.m. The purpose of this correspondence is to address the blatant misrepresentations at page 2 and 5 of Document No. 40 that "As of the filing of this motion, the Rearden's counsel has not yet received a response from Defendant Governor Jackson."

Specifically, on September 23 and 24, I engaged in the following email exchange with *Pro Bono* counsel for the Reardens:

> [Wednesday, September 23, 2009, 4:46 p.m.; *from* Governor Jackson *to* Patrick Regan]
> Counsel,
>
> We received a voice message from your office this morning requesting our consent to postpone the mediation currently scheduled for next week September 30, 2009. Based on Judge Gesner's Order issued in early August, we have made arrangements to attend the mediation for the full balance of that day and do not see a basis to consent given that there was no earlier notice of a potential conflict (which was required to be given to all parties per the Court Order) and particularly since your most recent correspondence responding to Plaintiff's settlement demand makes no mention of any conflict nor does the correspondence dispute the amount of the Medicare lien owed or the attorneys fees and interest sought by the Rearden's former counsel. Furthermore, as you know, there have been numerous attorneys associated with your office who represented the Reardens and we see no basis that the mediation should not go forward as scheduled.



**THE LAW OFFICE OF**
**GOVERNOR JACKSON, III**
LLC

1023 North Calvert Street 4th Floor • Baltimore, Maryland 21202
tel: 410.528.5150    fax: 410.528.1055
gjattorney@gmail.com

Thanks.

\*　　　　\*　　　　\*　　　　\*　　　　\*　　　　\*

[Wednesday, September 23, 2009, 6:14 p.m.; *from* Patrick Regan *to* Governor Jackson]

Dear Mr. Jackson:

Unfortunately, the "numerous attorneys" in my office who have represented the Rearden family have included only two of us: Mr Cornoni and the undersigned.   Both of us are currently tied up in a trial in the DC Superior Court before Judge Brian Holeman and the case is not expected to end until approximately Oct 8.  Therefore, we are obviously unavailable to attend the settlement mediation conference on Sept 30.

We believe that all parties would benefit from a settlement conference. We would appreciate it if all counsel would provide their convenient dates during the weeks of Oct 13, and Nov 2.  We will take responsibility for coordinating with all counsel and the court concerning a new date.   Thank you.  Pat Regan

\*　　　　\*　　　　\*　　　　\*　　　　\*　　　　\*

[Thursday, September 24, 2009, 10:09 a.m.; *from* Governor Jackson *to* Patrick Regan]

Counsel,

I am available October 14, 15, 16. Mr. Huskey is available on those same days. Neither one of us are available during the week of November 2 as we both have trial scheduled to begin on that date which is expected to last the balance of the week.

Governor

As the foregoing exchange plainly indicates, there is absolutely no basis for *Pro Bono* counsel for the Reardens to misrepresent to the Court that they are not aware of my position on the relief requested. Although it is unfortunate that the Court must consume it's time and resources ferreting out misrepresentations on issues collateral to those presented in this case, I am sure that the Court can appreciate why the filing of this correspondence was necessary given the duty of lawyers to exercise candor with the tribunal. *See* Maryland Rules of Professional Conduct 3.3.



THE LAW OFFICE OF
**GOVERNOR JACKSON, III**
LLC

1023 North Calvert Street 4th Floor • Baltimore, Maryland 21202
tel: 410.528.5150    fax: 410.528.1055
gjattorney@gmail.com

Sincerely,

/s/

Governor E. Jackson, III