# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SINAI HOSPITAL OF BALTIMORE, INC.**, *et al* | : |
| | : |
| **Plaintiffs,** | : |
| | : Civil No. 09-1260 JFM |
| v. | : |
| | : |
| **GAIL REARDEN, M.D.**, *et al* | : |
| | : |
| **Defendants.** | : |

## MOTION TO ENFORCE SETTLEMENT

Gail Rearden and Norris Rearden, by and through their undersigned counsel, hereby respectfully request that the Court enter an order requiring Plaintiffs Mukund Didolkar and Surgical Oncology Associates to honor the terms of the Settlement Agreement signed and executed by the parties at the mediation conference before this Court on December 4, 2009. In support of this Motion, Reardens' counsel states that he has made numerous attempts, including several telephone calls and correspondence, to inquire into the status of the settlement check. The Plaintiffs have failed to provide the the Reardens with any information on when they can expect to receive the settlement check. Therefore, the Reardens are filing this motion to protect their interests and to enforce the settlement agreement.

In further support of this Motion, the Court is respectfully referred to the Memorandum of Points and Authorities.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC


By: **__/s/__Paul Cornoni_____**
Patrick M. Regan, Esquire
Paul J. Cornoni, Esquire
1919 M Street, NW
Suite 350
Washington, DC 20036
PH: (202) 463-3030
*Counsel for Reardens*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Enforce Settlement was filed via ECF this 13th day of January, 2010, to the following:

>Michael J. Baxter, Esquire
>Siobhan R. Keenan, Esquire
>Baxter, Baker, Sidle, Conn & Jones
>120 E. Baltimore Street, Suite 2100
>Baltimore, Maryland 21202
>Counsel for Plaintiff Sinai Hospital
>
>Allen F. Loucks
>Assistant United States Attorney
>36 S. Charles St., 4th Floor
>Baltimore, MD 21201
>Counsel for Defendant MEDICARE
>
>Governor E. Jackson III, Esquire
>Donald R. Huskey, Esquire
>1023 N. Calvert Street
>Baltimore MD 21202
>Defendant
>
>David Ralph, Esquire
>2423 Maryland Avenue, Suite 100
>Baltimore, MD 21218
>Defendant
>
>Mairi Pat Maguire, Esquire
>901 Dulaney Valley Road, Suite 400
>Towson, MD 21204
>Counsel for Plaintiffs Mukund Didolkar, M.D.
>and Surgical Oncology Associates, Inc.

>>__/s/__Paul Cornoni_____
>>Paul Cornoni

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SINAI HOSPITAL OF BALTIMORE, INC.,** *et al* : | |
| : | |
| **Plaintiffs,** : | |
| : | **Civil No. 09-1260 JFM** |
| **v.** : | |
| : | |
| **GAIL REARDEN, M.D.,** *et al* : | |
| : | |
| **Defendants.** : | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REARDENS' MOTION TO ENFORCE SETTLEMENT

1. On December 4, 2009, the parties appeared before the Honorable Beth Gesner for a settlement mediation in this matter. On this date, the parties reached a signed settlement agreement.

2. On the same date, the Parties executed and signed a settlement release form. The settlement release was hand-delivered to all counsel on the same date.

3. Since the Plaintiffs have refused to respond to the inquiries concerning the settlement check and release, the Reardens are forced to seek the Court's intervention in this matter.

In light of the foregoing, Plaintiffs respectfully request that the Court enter the attached Order requiring the Plaintiffs to provide the settlement check to the Reardens' counsel within three (3) days of the entry of the Court's Order. A proposed Order is attached hereto.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SINAI HOSPITAL OF BALTIMORE, INC.**, *et al* | : |
| | : |
| **Plaintiffs,** | : |
| | : Civil No. 09-1260 JFM |
| | : |
| v. | : |
| | : |
| **GAIL REARDEN, M.D.**, *et al* | : |
| | : |
| **Defendants.** | : |

## **ORDER**

Upon consideration of the Reardens' Motion to Enforce the Settlement Agreement, any opposition thereto and a review of the record, it is this _____ day of _____, 2010;

ORDERED that Motion is GRANTED in its entirety

ORDERED that Plaintiffs shall provide the settlement check to the Reardens' counsel within three (3) days from the date of this Order.

SO ORDERED.

_____
Judge J. Frederick Motz

cc: Patrick M. Regan, Esquire
    Paul Cornoni, Esquire
    Regan Zambri & Long, PLLC
    1919 M Street, NW, Suite 350
    Washington, DC 20036

cc: Michael J. Baxter, Esquire
Siobhan R. Keenan, Esquire
Baxter, Baker, Sidle, Conn & Jones
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202

Allen F. Loucks
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, MD 21201

Governor E. Jackson III, Esquire
Donald R. Huskey, Esquire
1023 N. Calvert Street
Baltimore MD 21202

David Ralph, Esquire
2423 Maryland Avenue, Suite 100
Baltimore, MD 21218

Mairi Pat Maguire, Esquire
901 Dulaney Valley Road, Suite 400
Towson, MD 21204